**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nathaniel Jay REED, Defendant–Appellant.**

No. 09–30318.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 21, 2010.

Lori Anne Harper Suek, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Nathaniel Jay Reed appeals from his 151–month sentence of imprisonment and

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lifetime term of supervised release for aggravated sexual abuse, in violation of 18 U.S.C. § 1153(a); 18 U.S.C. § 2241(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

The record indicates that the district court's imposition of a lifetime term of supervised release was animated in part by a misreading of the sentencing Guidelines in the Presentence Investigation Report. *See* U.S.S.G. § 5D1.2(b) (policy statement). The Government concedes this procedural error. Though neither party alerted the district court to this misreading, it affected Reed's substantial rights. *See United States v. Waknine*, 543 F.3d 546, 554–555 (9th Cir.2008). Accordingly, we remand for resentencing.

**VACATED and REMANDED.**